UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Johnathon Craig McClellan,

Plaintiff,

vs. ORDER

Patrick D. McGowan, Hennepin County Sheriff, and seven unidentified employees, also known as John and Jane Doe's,

Defendants. Civ. No. 1-1465 (ADM/RLE)

* * * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Plaintiff's Application to Proceed in forma pauperis [Docket No. 5] is denied.

BY THE COURT:

Judge Ann D. Montgomery
United States District Court

DATED: September 10, 2001
At Minneapolis, Minnesota

FILED 9-11-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK