UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Johnathon Craig McClellan,

Plaintiff,

vs. ORDER

Patrick D. McGowan,
Hennepin County Sheriff,
and seven unidentified
employees, also known as
John and Jane Doe's,

Defendants. Civ. No. 01-1465 (ADM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of December, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge upon routine supervision of cases filed in this Division, and upon an assignment made in accordance with Title 28 U.S.C. §636(b)(1)(A).

The Plaintiff filed a Motion to Compel on November 13, 2001, requesting that this Court order the Defendants to provide the Plaintiff with copies of materials he requested on September 27, 2001. On November 29, 2001, the Defendants responded by stating that, although the Plaintiff did in fact send the request in late September of 2001, counsel for the Defendant, Toni A. Beitz, who is

29

FILED DEC 20 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

an Assistant Hennepin County Attorney, did not receive the request until mid-October, as the request was addressed to the Hennepin County Attorney, Amy Klobuchar, rather than to Ms. Beitz. The Defendant further informed the Court that he served the responses to the Plaintiff's request on November 28, 2001. Therefore, the Motion to Compel is now moot.[1]

NOW, THEREFORE, It is --

ORDERED:

That the Plaintiff's Motion to Compel [Docket No. 21] is DENIED, as moot.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

[1]The Plaintiff asks that, due to the Defendants' late response to the discovery requests, any objections to the request be deemed waived. On the Record before us, however, we will not issue such a ruling, as we do not know the substance of the requests, and what type of objections the Defendants are advancing.