UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FIFTH DIVISION

* * * * * * * * * * * * * * * * *

Johnathon Craig McClellan,

Plaintiff,

vs. ORDER

Patrick D. McGowan,
Hennepin County Sheriff,
and seven unidentified
employees, also known as
John and Jane Doe's,

Defendants. Civ. No. 01-1465(ADM/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 20th day of December, 2001.

* * *

The above-entitled matter came before the undersigned United States Magistrate Judge pursuant to a general assignment, made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(B), and upon routine supervision of cases filed in this Division.

To facilitate the disposition of this action, and in accordance with L.R.7.1(b)(1), Local Rules for the United States District Court for the District of Minnesota, the attached briefing schedule is hereby implemented.

WHEREFORE, It is --

30

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDERED:

1. That all dispositive Motions, together with their supporting Memoranda, Affidavits and Exhibits, shall be served and filed **by no later than March 22, 2002.**

2. That all Memoranda in opposition to any dispositive Motion, together with their Affidavits and Exhibits, shall be served and filed **by no later than April 22, 2002.**

3. That all Reply Memoranda shall be served and filed **by no later than May 6, 2002.** The parties are reminded that no affidavits, or other evidentiary submissions, may be served in conjunction with a Reply Memorandum, unless express leave has been obtained, in advance, from the Court. See, L.R.7.1(b)(1)(C), Local Rules for the United States District Court for the District of Minnesota.

4. That there shall be no Hearing on the Motions presented by the parties, unless the Court determines that oral argument is essential to secure the just, speedy, and inexpensive determination of this action. See, Rule 1, Federal Rules of Civil Procedure.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE