UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Johnathon C. McClellan,

Plaintiff,

vs. NOTICE OF HEARING

Patrick D. McGowan, Hennepin County Sheriff,

Defendant. Civ. No. 01-1465 (ADM/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 24th day of April, 2002.

* * *

Pursuant to Title 28 U.S.C. §636(b)(1)(A) and (B), the Defendant's Motion for Summary Judgment is set for Hearing before the undersigned on **Thursday, May 30, 2002, at 1:30 p.m.**, in Court Room 3, United States Courthouse, 515 West First St., Duluth, Minnesota. The parties' attention is directed to LR7.1(b), Civil Motion Practice.

BY THE COURT:

Raymond L Erickson

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

61

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK