# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Johnathon C. McClellan

Case No. Civil 01-1465 ADM/RLE

v.

**JUDGMENT IN A CIVIL CASE**

Patrick D. McGowan, Hennepin County Sherif, and the following deputies, Thomas Tichich, Rayn Law, Warolin Matthew Keith, Joseph Schwartz, S. Skweres, R.N, and Amanda Moran

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that: Defendants' motion for partial summary judgment is GRANTED. The assault, battery and negligence claims are DISMISSED without prejudice.

DATE: September 26, 2002

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

Mary Kaye Conery , Deputy Clerk