**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Johnathon C. McClellan,

Plaintiff,

v.

Patrick D. McGowan, Hennepin County Sheriff, and the following deputies: Thomas Tichich, Ryan Law, Warolin, Matthew Keith, Joseph Schwartz, S. Skweres, R.N., and Amanda Moran,

Defendants.

**AMENDED ORDER**
Civil No. 01-1465 ADM/RLE

---

Michael J. Dougherty, Esq., Saint Paul, Minnesota, on behalf of the Plaintiff.

Toni A. Beitz, Sr. Assistant Hennepin County Attorney, on behalf of the Defendants.

---

It has come to the attention of the Court that the above-captioned matter was improperly dismissed from federal jurisdiction. Adopting the Report and Recommendation ("R&R") of Magistrate Judge Raymond L. Erickson [Docket No. 66], partial summary judgment was entered for the Defendants on Plaintiff Johnathon C. McClellan's ("Plaintiff") claims of denial of medical care, denial of access to the courts, and violation of due process and equal protection. Summary judgment was also entered for Defendant Sheriff Patrick D. McGowan on Plaintiff's excessive force claim. However, with respect to the other Defendants, the claim of excessive force was not subject to a motion for summary judgment and remains as a source of federal question jurisdiction over this action. Plaintiff's state law claims, therefore, should not have



OCT 18 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

been dismissed, but remain under jurisdiction of the Court as pendant to the surviving excessive force constitutional claim, as they "form part of the same controversy." 28 U.S.C. § 1367(a). Accordingly, the judgment of the Memorandum Opinion and Order of September 26, 2002 [Docket No. 78], must be vacated and the Plaintiff's excessive force, assault, battery, and negligence claims reinstated.

Based upon the foregoing, **IT IS HEREBY ORDERED** that:

1. Judgment [Docket No. 79] is **VACATED**,

2. The R&R [Docket No. 66] is **ADOPTED**, and

3. Defendants' Motion for Partial Summary Judgment [Docket No. 42] is **GRANTED**,

4. Plaintiff's excessive force, assault, battery, and negligence claims remain pending.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Date: October 18, 2002