UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Johnathon C. McClellan,

Plaintiff,

vs.

CERTIFICATE OF READINESS FOR TRIAL

Patrick D. McGowan, Hennepin County Sheriff, et al.,

Defendants.

Civ. No. 01-1465(ADM/RLE)

* * * * * * * * * * * * * * * * * *

TO: Hon. Ann D. Montgomery, and all counsel of record:

All parties are hereby notified that the above-entitled case is "Ready for Trial".

BY THE COURT:

Raymond L. Erickson
Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

DATED: November 12th, 2002
At Duluth, Minnesota

NOV 12 2002

J.H.