**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Johnathon C. McClellan,

Plaintiff,

vs.

Patrick D. McGowan Hennepin County Sheriff, and the following deputies, Thomas Tichich, Ryan Law, [Nancy] Warolin, Matthew Keith, Joseph Schwartz, S. Skweres, RN, Amanda Moran

Defendants.

**STIPULATION FOR PROTECTIVE ORDER AND PROTECTIVE ORDER**

**Civil No. 01-CV-1465 ADM/RLE**

WHEREAS, Plaintiff has sought disclosure of the dates of birth of the Defendant Deputies Tichich, Schwartz, Moran, Law, Mosack (nee Warolin) and Keith; and

WHEREAS, this information is protected from disclosure by the Minnesota Government Data Practices Act; and

WHEREAS, Defendant Deputies believe that access to their dates of birth could be used to obtain access to other personal information, including their home addresses; and

WHEREAS, Defendant Deputies are concerned for their safety and that of their families if Plaintiff or any other person who is or was formerly an inmate at the Hennepin County Adult Detention Center were to obtain personal information about them;

WHEREAS, Plaintiff's counsel agrees that if he were to obtain these dates of birth, he would not to disclose or otherwise disseminate these dates of birth to any person, including his client, except as necessary to obtain criminal history information from the Minnesota Bureau of Criminal Apprehension or a Clerk of Court;

(84) (85)

FILED NOV 29 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

WHEREAS, Plaintiff's counsel further agrees that if, in the course of obtaining information facilitated by the use of the Defendant Deputies' dates of birth, including but not limited to social security numbers, addresses, family composition, etc., he will not disclose or otherwise disseminate any such personal information to any person, including his client, without Order of this court;

NOW, THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that these Defendant Deputies will provide their dates of birth to Plaintiff's Counsel on condition that the Court issue an Order, the violation of which will be punishable as a contempt of court, prohibiting Plaintiff's Counsel from disclosing or otherwise disseminating to any person, including his client, the dates of birth or other personal information concerning Defendant Deputies, except as necessary to obtain criminal history information from the Minnesota Bureau of Criminal Apprehension or a court, or except as otherwise authorized by this Court.

Dated: November 26, 2002

Michael J. Dougherty

Michael J. Dougherty #228333
Attorney at Law
1047 Avon Street North
St. Paul, MN 55103
Tel: (651) 487-6242
Fax: (651) 487-6264

AMY KLOBUCHAR
Hennepin County Attorney

Date: November 25, 2002

By: Toni A. Beitz

Toni A. Beitz (#6245)
Sr. Assistant County Attorney
Attorneys for Defendants McGowan,
Tichich, Schwartz, Moran and

Skweres
Government Center

A2000 A2000

Minneapolis, Minnesota 55487
Telephone: (612) 348-8533
Fax No: (612) 348-8299

Date: Nov. 27, 2002

Joseph B. Marshall

Joseph B. Marshall, Esq.
Attorney for Defendants law, Mosack
(nee Warolin), and Keith
P.O. Box 594
Circle Pines, MN 55014
Telephone: 763-786-2841
Fax No.: 763-780-8098

# ORDER

Based upon the foregoing stipulation, the Court hereby orders as follows:

1. Defendants Counsel, Toni A. Beitz and Joseph Marshall shall provide Plaintiff's Counsel with date of birth information for the Defendant Deputies Tichich, Schwartz, Moran, Law, Mosack (nee Warolin) and Keith.

2. Plaintiff's Counsel, Michael Doughtery, shall not disclose or otherwise disseminate the dates of birth or other personal information concerning Defendant Deputies to any person, including his client, except as necessary to obtain criminal history information from the Minnesota Bureau of Criminal Apprehension or from a court or as otherwise authorized by this Court.

3. Violation of this Order shall be deemed a contempt of this Court.

Dated: November 29, 2002

Raymond L. Erickson
Raymond L. Erickson
Magistrate Judge of U.S. District Court

# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
OFFICE OF THE CLERK

316 N. ROBERT ST., RM. 700
ST. PAUL, MN 55101

300 S. FOURTH ST., RM 202
MINNEAPOLIS, MN 55415

417 FEDERAL BLDG, 515 W. FIRST ST.
DULUTH, MN 55802

# Clerk's Notice In Re: Protective Order

A Protective/Confidentiality Order has been entered in this action. You must comply with the guidelines set forth below when filing **confidential original** documents with the Clerk of U.S. District Court. Failure to do so will cause the documents to be returned.

*Guidelines for filing with the Clerk:*

A. Documents are to be **sealed** (closed, fastened, taped, or otherwise secured) in an envelope of comparable size no larger than 9 by 12 *(LR5.1 All pleadings, motions, and other papers presented for filing shall be on 8 1/2 x 11 inch white paper...flat and unfolded. this rule does not apply to (1) exhibits submitted for filing; and, (2) documents filed in removed actions prior to removal from the state courts.)*

B. Each envelope must list the following information, and each document is to be in a separate envelope.

- Action/case number
- Brief action/case title
- Party, name, and complete title of document (i.e. Deft. Johnson's Motion for Dismissal) must be noted on each envelope. Motions, affidavits and memorandums are considered three separate documents.
- The word "**SEALED**" or "**CONFIDENTIAL**"

***Guidelines for filing with a U.S. District Judge or Magistrate Judge:***

In addition to the above procedures, copies for delivery to the U.S. District Judge or U.S. Magistrate Judge are to be marked accordingly and bound together as a set.