UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JONATHON MCCLELLAN,

Plaintiff,

v.

PATRICK MCGOWAN, et. al.,

Defendants.

WRIT OF HABEAS CORPUS
AD TESTIFICANDUM
Civil No. 01-1465(ADM/RLE)

---

TO: SHERYL RAMSTAD HVASS, COMMISSIONER OF CORRECTIONS, MINNESOTA DEPARTMENT OF CORRECTIONS; UNITED STATES MARSHAL, DISTRICT OF MINNESOTA, OR ANY OTHER AUTHORIZED LAW ENFORCEMENT OFFICIAL.

Pursuant to the Application of the above named plaintiff and the Order of the Court herein, YOU ARE HEREBY COMMANDED to produce the person of Joseph Leron Griffin, Jr., OID 200703, confined at the Minnesota Correctional Facility, St. Cloud, Minnesota, and deliver that person to the custody of the United States Marshal on January 7, 2003, at 9:00 a.m., and from time to time thereafter as may be required so that the person may be brought to give testimony of relevant and material matter before the Untied States District Court, 13W United States Courthouse, 300 South Fourth Street, Minneapolis, Minnesota, in the trial of the above referenced matter.

Upon completion of said testimony the United States Marshal will return the person to the custody of Minnesota Correctional Facility, St. Cloud, Minnesota.

FILED 12-30-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK

Writ issued given to Marshalls

APPLICATION

The undersigned attorney for the Plaintiff hereby makes application to the Court for a Writ of Habeas Corpus Ad Testificandum under authority of 28 U.S.C. 2241(c)(5), and in conformance with 28 U.S.C. 2242 and Federal Rules of Civil Procedure 81(a)(2), so that the person so-named in said Writ can testify at trial in the this matter. Said person for whose appearance this application is made was present and witness to the incident which gave rise to this case. It is the undersigned's belief that he can give relevant and material testimony in this matter.

Dated: 12-30-02

Michael J. Dougherty #228333
Attorney At Law
1047 Avon Street North
St. Paul, MN 55103
Tel 651-487-6242/Fax 651-487-6264

**ATTORNEY FOR THE PLAINTIFF**

Subscribed and sworn to before me,
This 30th Day of Dec., 2002

Patricia Ann Kegley
Notary Public

PATRICIA ANN KEGLEY
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005

ORDER

Pursuant to the foregoing Application, the Clerk of the Federal District Court, District of Minnesota, is hereby directed to issue this Writ of Habeas Corpus Ad Testificandum.

Dated: 12/30/02

The Honorable Ann D. Montgomery
Judge of Federal District Court

WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Rena J. Lexvold (signature) Dated: 12/30/02

Issuing Officer

Richard D. Sletten, Clerk