AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Johnathon C. McClellan

V.

Deputies Thomas Tichich, Ryan Law, Nancy Warolin Mosack, Matthew Keith, Joseph Schwartz and Amanda Moran

## JUDGMENT IN A CIVIL CASE

Case Number: 01-1465 ADM/RLE

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgement is entered in favor of the Defendants and against the Plaintiff. Defendants recover from Plaintiff their costs of action.

January 22, 2003
Date

RICHARD D. SLETTEN, CLERK

(By) Mary Kaye Conery, Deputy Clerk

ANN D. MONTGOMERY
United States District Judge

Modified:01/09/03